# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

07 NOV -1 AM 10: 59

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Magistrate Case No. '07 MJ 2579 |
| ) | |
| v. ) | COMPLAINT FOR VIOLATION OF |
| ) | |
| Anthony Correa ) | Title 18, United States Code |
| ) | Section 751(a) and 4082(a) - |
| ) | ESCAPE FROM FEDERAL CUSTODY |
| _____ ) | |

The undersigned complainant, being duly sworn states:

That on or about October 30, 2007, in San Diego, California, in
the  Southern District of California, Anthony Correa did
unlawfully and willfully escape from an institution in which he
was confined by direction of the Attorney General, to wit:
Correctional Alternatives Inc., San Diego, California, a
federally contracted facility, said custody and confinement by
virtue of his conviction for Revocation of Supervised Release
(Title 18 USC 3606), in violation of Title 8 USC 1324.

And the complainant states that this complaint is based on the
attached affidavit, which is incorporated herein by reference.


_____
Gerald R. Davis
Deputy United States Marshal


Sworn to before me, and subscribed in my presence, this 1st
day of November, 2007.


_____
Honorable Louisa S. Porter
United States Magistrate Judge

# STATEMENT OF FACTS

1. On October 19, 2004, ANTHONY CORREA was arrested by the U.S.Customs and Border Protection at the San Ysidro Point of Entry and charged with Alien Smuggling.

2. On December 20, 2004, ANTHONY CORREA plead guilty to the offense of Alien Smuggling before the Honorable John A. Houston, U.S. District Judge, as evidence by Judgement in a Criminal Case, Docket Number 04-CR-02803-JAH.

3. On July 14, 2005, ANTHONY CORREA was sentenced to serve a term of four (4) years by the Honorable John A. Houston, U.S. District Judge, as evidence by Judgement in a Criminal Case, Docket Number 04-CR-02803-JAH.

4. On February 23, 2006, ANTHONY CORREA violated his terms of federal probation by evidence in  state case Number SCC199047.

5. On May 26, 2006, ANTHONY CORREA was sentenced to serve a custody term of ninety (90) days with three (3) years supervised release to follow, by the Honorable John A. Houston, U.S. District Judge, as evidence by Judgement in a Criminal Case, Docket Number 04-CR-2803-JAH.

6. On February 04, 2007, ANTHONY CORREA was arrested by the U.S. Marshals Service for Probation Violation.

7. On February 15, 2007, was sentenced to serve a custody term of nine (9) months with twenty-seven (27) months of supervised release to follow by the Honorable John A. Houston, U.S. District Judge, as evidence by Judgement in a Criminal Case, Docket Number 04-Cr-2803-JAH.

8. ANTHONY CORREA has a statutory release date of November 02, 2007, as evidenced by the U.S. Bureau of Prisons Sentence Monitoring Computation Data.

9. On October 10, 2007, at 10:00am, ANTHONY CORREA was transferred by the U.S. Bureau of Prisons (BOP) from Metropolitan Correction Center (MCC), San Diego, California to the Correctional Alternatives Inc.,(CAI) a federally contracted facility in San Diego, California.

10. On October 30, 2007, at 12:35pm, the staff of CAI became suspicious of ANTHONY CORREA's sleeping area as there were miscellaneous items in his bed.  Therefore, an emergency headcount was immediately conducted and it was found that he was no longer on the premises.

11. ANTHONY CORREA was last seen by staff on October 30, 2007, at 11:10 during the facility headcount. According to the staff at CAI, it does appear that ANTHONY CORREA's personal belongings were removed from the premises.

12. On October, 30, 2007, at approx. 1:00pm, CAI staff telephone the local hospitals, detention centers, and known emergency contacts. None of the calls produced information as to his

whereabouts.

13.  On October, 30, 2007, at approx. 1:30pm, the U.S. Bureau of Prisons reported ANTHONY CORREA on escape status.  BOP and CAI staff exhausted all resources to locate him. The U.S. Marshals Service and the Federal Bureau of Investigations were then advised.